FILED
2024 OCT 30 PM 3:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
AP

Name: Ryan Abhir
Address: 23967 Guajome
Road Apple Valley Ca, 92307
Phone: (442)230-9438
Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ED CV 24 - 02315-JGB(DTBx)

Ryan Abhir,

**PLAINTIFF,**

vs.

ALEMAIS

**DEFENDANT(S).**

Case No.: _____
(To be supplied by the Clerk)

**COMPLAINT FOR:**

Intellectual property
Copyright theft

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under _____

## II. VENUE

2. Venue is proper pursuant to be compensated for intellectual property theft.

## III. PARTIES

3. Plaintiff's name is Ryan Abhir. Plaintiff resides at:

4. Defendant Alemas

5. Defendant

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Compensation for intellectual property Theft )
*insert title of cause of action*

(As against Defendant(s)): ALEMAIS

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form          *Page Number*

## SECOND CAUSE OF ACTION

(Defendants pay by default if they do not comply
*insert title of cause of action*

(As against Defendant(s): **PLEMAS**

Dear Honorable Judge,

I stand before you today not merely as a plaintiff, but as a dedicated advocate for the protection of intellectual property rights—an area that is increasingly threatened by organized crime. The rampant theft of intellectual property, as exemplified by the actions of numerous retailers, vendors, and individuals, poses a dire challenge not only to my livelihood as a creator but to the very fabric of our creative industries.

Through diligent effort, I have registered all relevant content with the U.S. Copyright Office, formalizing my rights as an intellectual property holder. Yet, despite this protective step, my works have been unlawfully exploited, undermining not only my own interests but also jeopardizing the rights of countless creators who contribute to our economy and culture. The unauthorized use of my intellectual property denies me the earnings and recognition that I rightfully deserve, while simultaneously eroding public trust in our creative economy.

Today, I appeal to you for the support of this court to rectify this egregious injustice. I am seeking compensation in the form of statutory damages, which I respectfully request be awarded at treble the standard rate. This request transcends mere financial compensation; it is a fundamental call to uphold the integrity of our legal system and a commitment to safeguarding the rights of creators against exploitation.

My content was initially unpublished, as I had no intentions of entering the market at that time. Unbeknownst to me, an entity associated with organized crime had been requisitioning my images, uploading them onto various products, and profiting from their sale long before I could take reasonable legal action. When I attempted to enter the market, I was taken aback to discover that my work had already been commodified without my consent. Despite overwhelming evidence of their wrongdoing involving over 800 entrapped parties, my efforts to seek aid from legal and law enforcement agencies have been met with indifference and silence.

The brazen conduct of these infringers is not just a violation of law; it reflects systemic injustice—a humiliating and dehumanizing experience that feels akin to modern-day servitude. The perpetrators continue to amass wealth through unlawful means, all while I remain empty-handed, denied even a cent for my contributions. My requests for them to cease and desist have been met not only with refusal but also with contempt, emphasizing

their disregard for ethical business practices and promoting an environment of unfair competition.

Your decision in this matter holds the potential to significantly reinforce our legal framework against organized crime and promote a culture of respect for intellectual property rights. I urge you to view this case through a broader lens, recognizing the larger implications for countless creators who strive to contribute positively to our society.

I seek statutory damages of a maximum of $150,000 with treble damages due to the severity of their infringement, as well as a directive to garnish any future financial gains arising from this misconduct. Alternatively, I request actual damages amounting to $5 million, considering that my work has been sold to the masses worldwide for a product where the selling price could be $400 if sold legitimately.

Thank you for your consideration and attention to this critical issue. God bless.

Sincerely,

Ryan Abair

(442)230-9438

Ryanamber.art@gmail.com

23967 Guajome Road

Apple Valley Ca, 92307











 Sign in

## About this image

Similar images are **at least 1 year old**

Links redirect to voided websites. Also, redirects to spam pages, and non existent 3rd party websites.



## Found on these pages


**Alemais Soleil Pant in Ivory**
Crafted from a printed silk Satin fabrication, these wide leg pants sit comfortably on the waist with an elasticated waist and drawstring before falling ...
cocoandlola.com · Apr 6, 2024


**Sun Trousers**
top of page. Fuvvys _edited.jpg. ME NU. Log In.
www.fuvvyscloset.co.uk · Sep 9, 2024


**Костюм брючный в пижамном стиле из сатина, Подиум**
Костюм брючный в пижамном стиле из сатина Подиум 161574399 в интернет-магазине Wildberries. Бесплатная доставка и постоянные скидки!
Wildberries · Nov 18, 2023


**Kaktus moda ملابس نسائية بالجملة**
Saten Kumaş Soleil Desen Kadın Kimono Bej.
Kaktüs Moda · Feb 24, 2023


**Kaktus Moda Toptan Kadın Giyim**
Toptan fiyatları görmek için lütfen Üye olun. STD - 4. Seri Seçiniz.
Kaktüs Moda · Feb 24, 2023