FILED
2024 OCT 30 PM 3:10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ryan ABair
_____
PLAINTIFF/PETITIONER

v.

Memphis
_____
DEFENDANT/RESPONDENT

CASE NUMBER

CV 24 - 02315-JGB (DTBx)

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Ryan ABair _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | Source | Yes | No |
    |---|---|---|
    | Public benefits? | ☐ | ☒ |
    | Business, profession or form of self-employment? | ☐ | ☒ |
    | Rent payments, interest or dividends? | ☐ | ☒ |
    | Pensions, annuities or life insurance payments? | ☐ | ☒ |
    | Gifts or inheritances? | ☐ | ☒ |
    | Any other income (other than listed above)? | ☐ | ☒ |
    | Loans? | ☐ | ☒ |
    | Any other income (other than listed above)? | ☐ | ☒ |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: N/A

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If you answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax Return? __N/A__

   Approximately how much income did your last return reflect? __N/A__

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

7. Estimate your average monthly expenses below:

   | | | | |
   |---|---|---|---|
   | Housing | 0 | Credit Cards | 0 |
   | Transportation | 0 | Child Care | 0 |
   | Food | 0 | Insurance | 0 |
   | Medical | 0 | Loans | 0 |
   | Utilities | 0 | Other | 0 |

   State: CALIFORNIA

   County (or City): APPLE VALLEY

   I, RYAN ABAIR, declare under penalty of perjury that the foregoing is true and correct. Executed on: _____

   Date: _____

   Plaintiff (Signature): Ryan Abair